Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
NAKEETA ROSHON CASADO

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NAKEETA ROSHON CASADO,<br><br>Plaintiff,<br><br>v.<br><br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, a Delaware limited liability corporation,<br><br>Defendant. | Case No. C08-02829-JF-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, NAKEETA ROSHON CASADO, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, NAKEETA ROSHON CASADO, hereby dismisses, with prejudice, all claims made by her against Defendant, CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, in her Complaint filed herein on June 6, 2008. Plaintiff further notifies the Court that her dispute with Defendant has been settled.

                                                  CONSUMER LAW CENTER, INC.

                                                  By: /s/ Fred W. Schwinn
                                                       Fred W. Schwinn, Esq.
                                                       Attorney for Plaintiff
                                                       LENORA GERALDINE ARAGON